UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

Markos G. Kerasinis
Joyce A. Kerasinis

**Order Filed on March 15, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:    15-33132

Chapter:    13

Judge:    JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ S. Daniel Hutchison, Esq. _____, the applicant, is allowed a fee of $ ____ 400.00 ____ for services rendered and expenses in the amount of $ ____ 0.00 ____ for a total of $ ____ 400.00 ____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____ 977.00 ____ per month for ____ 45 ____ months to allow for payment of the above fee.

*rev.8/1/15*