| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> MAURICE WUTSCHER, LLP <br> 5 Walter E. Foran Blvd., Suite 2007 <br> Flemington, NJ  08822 <br> (908) 237-4550 <br> Attorneys for Creditor BRANCH BANKING & TRUST COMPANY <br> Thomas R. Dominczyk | Chapter 13 <br><br> Case Number: 15-33132-JNP <br><br> *Order Filed on May 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey* |
| In re: <br>    MARKOS G. KERASINIS <br>    JOYCE A. KERASINIS | JUDGE: <br> Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING THE CERTIFICATION OF DEFAULT FILED BY THE SECURED CREDITOR BRANCH BANKING & TRUST COMPANY**

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**

**DATED: May 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: MARKOS G. KERASINIS AND JOYCE A. KERASINIS
Case No. 15-33132-JNP
Caption of Order: Consent Order Resolving the Certification of Default Filed by the Secured Creditor Branch Banking & Trust Company

Upon the Certification of Default of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, BRANCH BANKING & TRUST COMPANY, and with the consent of the Debtors, MARKOS G. KERASINIS and JOYCE A. KERASINIS, by and through their attorney S. DANIEL HUTCHISON, Esquire, and for cause shown,

It is on this day:

**1.**     **ORDERED** that the Debtors shall cure their arrears with the secured creditor ($245.87 as of May 10, 2017) by making a payment of ($245.87 by May 25, 2017 to Branch Banking & Trust Company at the following address: BB&T Bankruptcy Department, Attn: Kristel Bunn, PO Box 1847, Wilson, NC 27894 .

**2.**     **ORDERED** that the Debtors shall make their regular monthly payments when due beginning with the May 25, 2017 payment.

**3.**     **ORDERED** that if Debtors fail to make any regular monthly payments or arrears payments within thirty days of the date due or fail to cure the arrears by May 25, 2017, then the same shall constitute a default of this Consent Order and BRANCH BANKING & TRUST COMPANY shall be granted, upon submission of a certification and a proposed order, relief from the automatic stay to pursue its claims against the property described below with notice to the debtors and debtors' attorney.

**4.**     **ORDERED** that the Debtor shall pay counsel fees to the creditor in the amount of $200 through the Chapter 13 Plan.

**/s/ Thomas R. Dominczyk**                **/s/ S. Daniel Hutchison**
Thomas R. Dominczyk                         S. Daniel Hutchison
Attorney for Secured Creditor               Attorney for Debtors

Description of Subject Property: 319 Williamson Lane, Mullica Hill, New Jersey 08062