| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor BRANCH BANKING &<br>TRUST COMPANY<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 15-33132-JNP<br><br>**Order Filed on May 12, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br>    MARKOS G. KERASINIS<br>    JOYCE A. KERASINIS | JUDGE:<br>Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING THE CERTIFICATION OF DEFAULT FILED BY THE SECURED CREDITOR BRANCH BANKING & TRUST COMPANY**

      The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**

**DATED: May 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: MARKOS G. KERASINIS AND JOYCE A. KERASINIS
Case No. 15-33132-JNP
Caption of Order: Consent Order Resolving the Certification of Default Filed by the
Secured Creditor Branch Banking & Trust Company

Upon the Certification of Default of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, BRANCH BANKING & TRUST COMPANY, and with the consent of the Debtors, MARKOS G. KERASINIS and JOYCE A. KERASINIS, by and through their attorney S. DANIEL HUTCHISON, Esquire, and for cause shown,

It is on this day:

1. **ORDERED** that the Debtors shall cure their arrears with the secured creditor ($245.87 as of May 10, 2017) by making a payment of ($245.87 by May 25, 2017 to Branch Banking & Trust Company at the following address: BB&T Bankruptcy Department, Attn: Kristel Bunn, PO Box 1847, Wilson, NC 27894 .

2. **ORDERED** that the Debtors shall make their regular monthly payments when due beginning with the May 25, 2017 payment.

3. **ORDERED** that if Debtors fail to make any regular monthly payments or arrears payments within thirty days of the date due or fail to cure the arrears by May 25, 2017, then the same shall constitute a default of this Consent Order and BRANCH BANKING & TRUST COMPANY shall be granted, upon submission of a certification and a proposed order, relief from the automatic stay to pursue its claims against the property described below with notice to the debtors and debtors' attorney.

4. **ORDERED** that the Debtor shall pay counsel fees to the creditor in the amount of $200 through the Chapter 13 Plan.

**/s/ Thomas R. Dominczyk**         **/s/ S. Daniel Hutchison**
Thomas R. Dominczyk                S. Daniel Hutchison
Attorney for Secured Creditor      Attorney for Debtors

Description of Subject Property: 319 Williamson Lane, Mullica Hill, New Jersey 08062

United States Bankruptcy Court
District of New Jersey

In re:
Markos G. Kerasinis
Joyce A. Kerasinis
    Debtors

Case No. 15-33132-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 12, 2017
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db/jdb         +Markos G. Kerasinis,    Joyce A. Kerasinis,    319 Williamson Lane,    Mullica Hill, NJ 08062-4409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
           S. Daniel Hutchison    on behalf of Joint Debtor Joyce A. Kerasinis sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
           S. Daniel Hutchison    on behalf of Debtor Markos G. Kerasinis sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
           Thomas R. Dominczyk    on behalf of Creditor    Branch Banking & Trust Company tdominczyk@mauricewutscher.com
                                                                                                      TOTAL: 7