**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

Markos G. Kerasinis aka
Mark G. Kerasinis
Joyce A. Kerasinis

Order Filed on July 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 15-33132 |
| Chapter: | 13 |
| Hearing Date: | 05/11/21 |
| Judge: | JNP |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE    ☒ LIEN    ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 6, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 319 Williamson Lane, Mullica Hill, NJ 08062

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: FIA Card Services NA
b. Current Assignee: N/A
c. Current Servicer: N/A
d. Date of Mortgage/Lien: on or about May 25, 2012
e. Date of Recordation: on or about May 25, 2012
f. Place of Recordation: Clerk, Superior Court of New Jersey
   i. ~~Mortgage Book~~ Docket No: DC-908-11
   ii. ~~Page~~ Judgment No: Unknown
g. Original Principal Balance of Mortgage/Lien: $ 12,535.83

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 15-33132-JNP
Markos G. Kerasinis                                                                        Chapter 13
Joyce A. Kerasinis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Jul 06, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Markos G. Kerasinis, Joyce A. Kerasinis, 319 Williamson Lane, Mullica Hill, NJ 08062-4409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 06, 2021 | Form ID: pdf903 | Total Noticed: 1

S. Daniel Hutchison
    on behalf of Joint Debtor Joyce A. Kerasinis sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

S. Daniel Hutchison
    on behalf of Debtor Markos G. Kerasinis sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

Thomas R. Dominczyk
    on behalf of Creditor Branch Banking & Trust Company tdominczyk@mauricewutscher.com
    thomas-dominczyk-5025@ecf.pacerpro.com

TOTAL: 10