UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtors

In Re:

Markos G. Kerasinis aka
Mark G. Kerasinis
Joyce A. Kerasinis

Case No.: 15-33132

Chapter: 13

Adv. No.: _____

Hearing Date: 08/31/21

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, __Stacy A. Garrett__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __S. Daniel Hutchison, Esq.__, who represents __the debtors__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __07/30/21__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion to Cancel and Discharge Lien, Certification in Support of Motion to Cancel and Discharge Lien and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 08/30/21

/s/Stacy A. Garrett
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Target National Bank/Target Visa<br>Attn: President, CEO and/or Managing Agent<br>3901 West 53rd Street<br>Sioux Falls, SD 57106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Target National Bank/Target Via<br>Attn: President, CEO and/or Managing Agent<br>c/o Financial & Retail Services<br>Mail Stop BV<br>P O Box 9475<br>Minneapolis, MN 55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lyons, Doughty Veldhuis PC<br>136 Gaither Drive, Suite 100<br>P O Box 1269<br>Mt. Laurel NJ 08054 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*